**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **Christopher R. Murray,** | § | |
| | § | |
| Chapter 7 Trustee, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:22-cv-01631 |
| | § | |
| **Eco-Shell, Inc.** | § | |
| | § | |
| Defendant. | § | |
| | § | |
| | § | |

## NOTICE OF APPEARANCE

Avi Moshenberg of the law firm of McDowell Hetherington LLP notifies this Court and all parties of the entry of his appearance on behalf of Christopher R. Murray, the Chapter 7 Trustee for Q'Max America Inc. ("QAI").

DATE: June 29, 2022

                                              Respectfully submitted,

                                              MCDOWELL HETHERINGTON LLP

                                              By: _/s/ Avi Moshenberg_____
                                                    Nicholas R. Lawson
                                                    Texas Bar No. 24083367
                                                    Avi Moshenberg
                                                    Texas Bar No. 24083532
                                                    Matthew Caldwell
                                                    Texas Bar No. 24107722
                                                    1001 Fannin Street, Suite 2700
                                                    Houston, Texas 77002
                                                    Telephone:   (713) 337-5580
                                                    Telecopy: (713) 337-8850
                                                    E-Mail: nick.lawson@mhllp.com
                                                    E-Mail: avi.moshenberg@mhllp.com
                                                    E-mail: matthew.caldwell@mhllp.com

                                                   ***COUNSEL FOR CHRISTOPHER R.***
                                                   ***MURRAY, CHAPTER 7 TRUSTEE***

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2022, a true and correct copy of the foregoing was served upon the following counsel *via* the Court's electronic filing system.

*/s/ Avi Moshenberg*
Avi Moshenberg