AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| Christopher R. Murray, Chapter 7 Trustee </br></br> *Plaintiff(s)* </br> v. </br></br> Eco-Shell, Inc. </br></br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 4:22-cv-01631 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Eco-Shell, Inc.
c/o Charles R. Crain
10695 Decker Avenue
Los Molinos, California 96055
or wherever it may be found

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Nicholas R. Lawson
MCDOWELL HETHERINGTON LLP
1001 Fannin Street
Suite 2700
Houston, TX 77002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Nathan Ochsner, Clerk of Court*

Date: June 7, 2022

*s/ A. Michael*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:22-cv-01631

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Eco-Shell, Inc. / Charles R. Crain**
was received by me on *(date)* **06/21/2022**

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Jennifer Russle - Assistant to Charles R. Crain** , who is
designated by law to accept service of process on behalf of *(name of organization)* **Eco-Shell, Inc., Charles R. Crain**
on *(date)* **06/22/2022 at 8:22 AM** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ ____ for travel and $ ____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **06/22/2022**

*Server's signature*

**Amonie R. Thorne, Shasta Co. Reg # 000238**
*Printed name and title*

**2700 Eureka Way, Redding CA 96001**
*Server's address*

Additional information regarding attempted service, etc:

# ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of __Shasta__ )

On __June 22, 2022__ before me, __K Williams, Notary Public__
(insert name and title of the officer)

personally appeared __Amonie R. Thorne__,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____   (Seal)

K. WILLIAMS
Notary Public - California
Shasta County
Commission # 2291670
My Comm. Expires Jun 6, 2023