IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **Christopher R. Murray,** § | | |
| § | | |
| Chapter 7 Trustee, § | | |
| § | | |
| v. § | CIVIL ACTION NO. 4:22-cv-01631 | |
| § | | |
| § | | |
| **Eco-Shell, Inc.,** § | | |
| § | | |
| § | | |
| Defendant. § | | |

## NOTICE OF APPEARANCE

Matthew T. Caldwell of the law firm of McDowell Hetherington LLP notifies this Court and all parties of the entry of his appearance on behalf of Christopher R. Murray, the Chapter 7 Trustee for Q'Max America Inc. ("QAI").

DATE: July 7, 2022

    Respectfully submitted,

    McDOWELL HETHERINGTON LLP

    By: */s/ Matthew Caldwell*
        Nicholas R. Lawson
        Texas Bar No. 24083367
        Avi Moshenberg
        Texas Bar No. 24083532
        Matthew Caldwell
        Texas Bar No. 24107722
        1001 Fannin Street, Suite 2700
        Houston, Texas 77002
        Telephone: (713) 337-5580
        Telecopy: (713) 337-8850
        E-Mail: nick.lawson@mhllp.com
        E-Mail: avi.moshenberg@mhllp.com
        E-mail: matthew.caldwell@mhllp.com

    ***COUNSEL FOR CHRISTOPHER R. MURRAY, CHAPTER 7 TRUSTEE***

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2022, a true and correct copy of the foregoing was served upon the following counsel *via* the Court's electronic filing system.

*/s/ Matthew T. Caldwell*
Matthew T. Caldwell