IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHRISTOPHER R. MURRAY, CHAPTER 7 TRUSTEE, | § § § § | |
| Plaintiff. | § § | |
| VS. | § § | CIVIL ACTION NO. H-22-1631 |
| ECO-SHELL INC., | § § § | |
| Defendant. | § | |

## NOTICE OF TRANSFER

1. This case has been TRANSFERRED to Judge Sim Lake for the following reason:

    [ X ] Agreement between the judges.
    [   ] Bankruptcy-related case reassigned to the judge with the lowest-numbered case.
    [   ] Recusal.
    [   ] Transfer for revocation hearing with related case:
    [   ] Other: Related case

2. Deadlines in existing scheduling orders remain in effect; however, all court settings are canceled.

Nathan Ochsner, Clerk

By: *Lisa Eddins*
Lisa Eddins
Case Manager to Chief Judge Lee Rosenthal

Date: July 26, 2022