United States District Court
Southern District of Texas
**ENTERED**
July 28, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **CHRISTOPHER R. MURRAY,** § | |
| **CHAPTER 7 TRUSTEE,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-22-1618 |
| § | |
| **ALOE LUBE, INC.** *et al.*, § | |
| § | |
| § | |
| Defendants. § | |

## ORDER REFERRING CASES TO BANKRUPTCY COURT

The Order of Reference to Bankruptcy Judges, General Order 2012–6 (S.D. Tex. May 24, 2012) automatically refers to the bankruptcy judges in this District proceedings arising under Title 11 of the United States Code, arising in Title 11, or related to a case under Title 11.

Each of the cases listed below was commenced by the Chapter 7 Trustee appointed in the Q'Max America, Inc. and Anchor Drilling Fluids USA, LLC bankruptcy cases (jointly administered under Bankruptcy Case No. 20-60030). Pursuant to General Order 2012–6, they are REFERRED to Judge Christopher Lopez because they constitute proceedings either arising under Title 11, arising in Title 11, or relating to the Q'Max America, Inc. and Anchor Drilling Fluids USA, LLC bankruptcy cases.

| | Parties | Civil Action No. |
|---|---|---|
| 1 | Murray v. Aloe Lube, Inc. | 22-01618 |
| 2 | Murray v. American Colloid Company | 22-01620 |
| 3 | Murray v. AquaSol Corporation | 22-01624 |
| 4 | Murray v. Baker Botts L.L.P. | 22-01625 |
| 5 | Murray v. Bilco Tools, Inc. | 22-01626 |
| 6 | Murray v. CP Kelco U.S., Inc. | 22-01629 |
| 7 | Murray v. Nielsen IP Law LLC | 22-01630 |
| 8 | Murray v. Eco-Shell, Inc. | 22-01631 |
| 9 | Murray v. Paul, Weiss, Rifkind, Wharton & Garrison LLP | 22-01632 |
| 10 | Murray v. Sun Drilling Products Corporation | 22-01633 |

| 11 | Murray v. Alvarez & Marsal North America, LLC and Alvarez & Marsal Transaction Advisory Group, LLC | 22-01641 |
|---|---|---|
| 12 | Murray v. Bollore Logistics USA Inc. | 22-01642 |
| 13 | Murray v. Forta, LLC | 22-01651 |
| 14 | Murray v. Engenium Chemicals Corporation | 22-01654 |
| 15 | Murray v. Drilling Specialties Company, LLC | 22-01657 |
| 16 | Murray v. Geobar SA | 22-01658 |
| 17 | Murray v. SNF Inc. | 22-01661 |
| 18 | Murray v. PinheiroNeto Advogados | 22-01662 |
| 19 | Murray v. TCM Chemicals, Inc. | 22-01663 |
| 20 | Murray v. Enventives LLC | 22-01664 |
| 21 | Murray v. Fundamental Technology Solutions, LLC | 22-01666 |
| 22 | Murray v. PricewaterhouseCoopers LLP and PricewaterhouseCoopers Advisory Services LLC | 22-01667 |
| 23 | Murray v. Sonoran Capital Holdings, LLC | 22-01668 |
| 24 | Murray v. Vinson & Elkins LLP | 22-01670 |
| 25 | Murray v. OFS Commander, LLC | 22-01675 |
| 26 | Murray v. Total Quality Logistics, LLC | 22-01689 |
| 27 | Murray v. Wego Chemical LLC | 22-01696 |

SIGNED this 27th day of July, 2022

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE