## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### VICTORIA DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Chapter 7** |
| | § | |
| **Q'Max America, Inc.,** *et al.* | § | **Case No. 20–60030-CML** |
| | § | |
| **Debtors.** | § | **Jointly Administered** |

---

| | | |
|---|---|---|
| **Christopher R. Murray, Chapter 7 Trustee,** | § | |
| | § | |
| | § | |
| **Plaintiff** | § | |
| | § | **Adversary No. 22-06051** |
| **v.** | § | |
| | § | |
| **Eco-Shell, Inc.,** | § | |
| | § | |
| **Defendant.** | § | |

---

### NOTICE OF HYBRID STATUS CONFERENCE

---

**PLEASE TAKE NOTICE** that the Court will conduct a hybrid Status Conference in this case on **September 26, 2023, at 1:30 p.m.** Central Time in the United States Bankruptcy Court for the Southern District of Texas before the Honorable Christopher Lopez in Courtroom 401, 515 Rusk, Houston, Texas 77002. To access the hearing, **Dial 1-832-917-1510 and use Conference Code 590153.** Telephonic participants may connect online to view the Courts broadcast onto the courtroom's television monitors. To view online, you may connect through the website located at the following website:

https://www.gotomeet.me/JudgeLopez.

Dated:  September 21, 2023                Respectfully submitted,

**MCDOWELL HETHERINGTON LLP**

By: <u>/s/ *Nicholas R. Lawson*</u>
Nicholas R. Lawson
Texas Bar No. 24083367
Avi Moshenberg
Texas Bar No. 24083532
Matthew Caldwell
Texas Bar No. 24107722
McDowell Hetherington LLP
1001 Fannin Street, Suite 2700
Houston, TX 77002
P: 713-337-5580
F: 713-337-8850
E: Nick.Lawson@mhllp.com
 Avi.Moshenberg@mhllp.com
 Matthew.Caldwell@mhllp.com

***COUNSEL FOR CHRISTOPHER R. MURRAY,
CHAPTER 7 TRUSTEE***

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on September 21, 2023, a true and correct copy of the foregoing Notice was served electronically on all parties registered to receive electronic notice of filings in this case via this Court's ECF notification system.

*/s/ Nicholas R. Lawson*
Nicholas R. Lawson